UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEYONTA R. ROBINSON, | ) | |
|     Petitioner, | ) | |
| | ) | No. 1:08-cv-291 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| SHIRLEY A. HARRY, | ) | |
|     Respondent. | ) | |
| | ) | |

### JUDGMENT

Having denied Robinson's petition filed under 28 U.S.C. § 2254, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 11, 2012               /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                              Chief United States District Judge