UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEYONTA R. ROBINSON,<br>    Petitioner,<br><br>-v-<br><br>SHIRLEY A. HARRY,<br>    Respondent. | No. 1:08-cv-291<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Robinson's petition filed under 28 U.S.C. § 2254, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  December 11, 2012                                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge